UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-105-1FL(3)

FILED IN OPEN COURT
ON 3-29-2012 all

Julie A. Richards, Clerk
US District Court
Eastern District of NC

|  |  |  |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| | : | |
| v. | : | INDICTMENT |
| | : | |
| CURTIS MALLOY | : | |

The Grand Jury charges that:

On or about March 27, 2012, in the Eastern District of North Carolina, the defendant, CURTIS MALLOY, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce, a firearm and ammunition, in violation of Title 18, United State Code, Sections 922(g) and 924.

A TRUE BILL

_____
FOREMAN

DATE: _8/28/12_

THOMAS G. WALKER
United States Attorney

BY: Charity L. Wilson

CHARITY L. WILSON
Special Assistant United States Attorney

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.