AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 9.13.2012 ilc
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:12-CR-105-FL |
| Curtis Malloy | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Alton Lennon Federal Building<br>2 Princess Street<br>Wilmington, NC | Courtroom No.: #2 |
|---|---|
| | Date and Time: 9.13.2012 at 10am |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 9-13-2012

*Judge's signature*

ROBERT B. JONES, JR., USMJ
*Printed name and title*