AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION



UNITED STATES OF AMERICA

VS.

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:12-CR- 105-1FL(3)

CURTIS MALLOY

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with violation of ____ United States Code, Section:

Count 1 - Felon in possession of a firearm and ammunition - 18 U.S.C. § 922(g)(1) & 924

| Julie A. Richards | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer by Deputy Clerk

August 29, 2012 - RALEIGH, NORTH CAROLINA
Date and Location

**FILED**
SEP 14 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Recommend and DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 09-12-2012 | Eddie Eubanks ATF | By Karen U. Thomas USMS, E/NC |

Case 7:12-cr-00105-FL   Document 11   Filed 09/14/12   Page 1 of 1