UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_ SOUTHERN   _ DIVISION
CASE NO. 7:12-cr-105-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED IN OPEN COURT |
| ) | ON 9-18-2012 *GL* |
| ) | Julie A. Richards, Clerk |
| ) | US District Court |
| VS. ) | Eastern District of NC |
| ) | |
| ) | |
| CURTIS MALLOY ) | |

## WAIVER OF DETENTION HEARING

I, <u>CURTIS MALLOY</u>, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the complaint or indictment against me, any affidavit filed in connection with the complaint or indictment against me, and the right to be represented by counsel, all of which I fully understand and do waive my right to a detention hearing in this case.

Date: September 18 2012

X <u>Curtis Malloy</u>
DEFENDANT

<u>Andrew Barnes</u>
DEFENSE COUNSEL

<u>[signature]</u>
UNITED STATES MAGISTRATE JUDGE