AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing



FILED IN OPEN COURT
ON 6-8-16 BG
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:12-cr-105-1FL |
| | ) | |
| CURTIS MALLOY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING
### & Probable Cause

A detention hearing in this case is scheduled as follows:

| Place: U.S. Courthouse<br>413 Middle Street<br>New Bern, NC 28560 | Courtroom No.: Hearing Room - 1st Floor |
|---|---|
| | Date and Time: 6/14/16 @ 2 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 06/08/2016

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*