PROB 18
(REV. 8/2/2010)

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division



U.S.A. vs. MALLOY

7:12-CR-105-1FL

TO: ¹U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

Curtis Malloy

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| Honorable Louise W. Flanagan | February 6, 2013 |

TO BE BROUGHT BEFORE:

Honorable Louise W. Flanagan

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Julie Richards Johnston | [signature] | 6/3/2016 |

RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 6/6/16 | 6/7/16 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS Wilmington

| NAME | BY | DATE |
|---|---|---|
| R. Fields, USMS | J. Griffin, USMS | 6/9/16 |

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

FILED

JUN 1 3 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK