AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/16/2016 MC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
) Case No. 7:12-CR-105-FL-1
CURTIS MALLOY )
*Defendant* )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/16/16

*Curtis L. Malloy*
*Defendant's signature*

*M Ely*
*Signature of defendant's attorney*

Marshall H. Ellis   NC Bar #47720
*Printed name and bar number of defendant's attorney*

150 Fayetteville St, Raleigh, NC 27601
*Address of defendant's attorney*

marshell-ellis@fd.org
*E-mail address of defendant's attorney*

914-856-4286
*Telephone number of defendant's attorney*

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
*FAX number of defendant's attorney*