UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:12-CR-105-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Curtis Malloy** | ) | |
| | ) | |

On February 6, 2013, Curtis Malloy appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C §§ 922(g) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 51 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Curtis Malloy was released from custody and the term of supervised release commenced on December 30, 2015.

From evidence presented at the revocation hearing on August 10, 2016, the court finds as a fact that Curtis Malloy, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months. **IT IS FURTHER ORDERED** that the balance of the fine be stricken.

**IT IS RECOMMENDED** that the defendant received substance abuse treatment while incarcerated.

**IT IS FURTHER RECOMMENDED** that the defendant be designated to FCI Butner.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of August, 2016.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge